BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
Pamela.Paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00228 |
| v. | **GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE AND WITHDRAW ARREST WARRANT** |
| RICHARD ERIC SINGLESTAD, | |
| Defendant. | |
| | **Rule 48(a) Fed. R. Crim. P.** |

The United States of America pursuant to Fed. R. Crim. P. Rule 48(a), hereby moves to dismiss without prejudice the criminal complaint issued on September 3, 2020, signed by United States Magistrate Judge Jolie A. Russo and withdraw the issued arrest warrant, in the interests of justice.

Dated: September 16, 2020  Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/Pamela Paaso
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Criminal Complaint without Prejudice and  Page 1
Withdraw Arrest Warrant**