## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00228 |
| v. | ORDER DISMISSING DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE AND WITHDRAWING ARREST WARRANT |
| RICHARD ERIC SINGLESTAD, | |
| Defendant. | |
| | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss the criminal complaint without prejudice and withdraw the issued arrest warrant pursuant to Fed. R. Crim. P. Rule 48(a)., and the Court being fully advised;

IT IS HEREBY ORDERED, pursuant to Fed. R. Crim. P. Rule 48(a), and the interests of justice that the criminal complaint issued on September 3, 2020, signed by United States Magistrate Judge Jolie A. Russo is dismissed without prejudice and the issued arrest warrant is withdrawn.

Dated: September 17, 2020

_____
HONORABLE JOLIE A. RUSSO
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/Pamela Paaso
PAMELA PAASO
Assistant United States Attorney